3:23-mj-103

| | | |
|---|---|---|
| STATE OF OREGON | ) | |
| | ) ss: | AFFIDAVIT OF BRETT S. HAWKINSON |
| County of Multnomah | ) | |

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Brett S. Hawkinson, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.      I am a police officer with the Portland Police Bureau and have been since November 2001. As part of my duties, I am also designated as a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) bank robbery task force and have been designated as such since March 31, 2010. My training and experience include over 21 years as a Portland Police officer, and three years of employment with the City of Lynnwood, Washington, Police Department.

2.      I submit this affidavit in support of a criminal complaint and arrest warrant charging JAQUETT EBONY DARBY with Bank Robbery in violation of 18 U.S.C. § 2113(a). As set forth below, I have probable cause to believe that DARBY committed that crime.

3.      This affidavit is intended to show only that there is sufficient probable cause for the requested complaint and arrest warrant and does not set forth all my knowledge about this matter. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, a review of records related to this investigation, communications with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience.

**Applicable Law**

4.     18 U.S.C. § 2113(a) prohibits a person from using force and violence or intimidation to knowingly and unlawfully take or attempt to take currency or any other thing of value from from the person or presence of employees of a bank whose deposits are insured by the Federal Deposit Insurance Corporation (FDIC).

**Statement of Probable Cause**

5.     On Friday, April 28, 2023, at approximately 5:55 p.m., a robbery occurred at the Key Bank branch located at 4131 SE Hawthorne Boulevard, in Portland, Multnomah County, Oregon. The money deposited at this bank was and is insured by the FDIC.

6.     The robbery victim reported to Portland Police Officer Christian Santos that a subject, unknown to him and hereafter referred to as "the robber," entered the branch and approached the victim. The robber unfolded a note from her pocket and presented it to the teller. The note read, "Money Now OR Die 100, 50, 20." The victim asked the robber if she wanted the victim to put the money in an envelope. The robber replied to just hand her the money directly. The victim gave the robber approximately $2,235 in U.S. currency. The robber fled the bank.

7.     The victim described the robber as a black female, about 5'5" tall, weighing about 180 pounds, wearing a black Adidas tracksuit and a red COVID mask.

8.     Portland Police Criminalist Dan Outhaythip responded to the bank and collected the demand note as evidence. Criminalist Outhaythip brought the note back to the Portland Police Forensic Evidence Division to be processed for fingerprints.

9.  I received images of the robber from Key Bank Corporate Security. From the images, I saw that the robber appeared to be a black female, five foot five to five foot seven inches, heavy set, with close cropped hair and a distinct nose.



*Above: Robbery image from Key Bank on Friday, April 28th, 2023.*

10. On June 2, 2023, Criminalist Outhaythip advised me that he had identified two latent fingerprints on the demand note, and that the fingerprints belonged to JAQUETTE EBONY DARBY, a black female with date of birth 1/XX/1980.

11. A Portland Police database query revealed that DARBY is 5'8" tall, weighs about 210 pounds, and has black hair and brown eyes.

**Affidavit of Brett S. Hawkinson**        **Page 3**

11. An open-source Google query of JAQUETTE DARBY yielded a search result showing DARBY had been arrested and pled guilty to a 2011 bank robbery in San Diego, California, in which she presented a demand note which read, "Money or Die!" DARBY is suspected of committing multiple bank robberies in the Portland metropolitan area beginning in or around June 2022. In many of those robberies, the demand note says some variant of "Money or Die!" I have been investigating bank robberies in the Portland Metro area since 2010, and until this recent series of robberies, I have never seen a note written with those words.

## Conclusion

14. Based on the foregoing, I have probable cause to believe JAQUETTE EBONY DARBY, a black female with date of birth 1/XX/1980, committed bank robbery in violation of 18 U.S.C. § 2113(a). I therefore request that the Court issue a criminal complaint and arrest warrant charging DARBY with that offense.

//
//
//
//
//
//
//

15. Prior to being submitted to the Court, this affidavit, the accompanying complaint, and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Bryan Chinwuba. AUSA Chinwuba advised me that in his opinion, the affidavit is legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

/s/ Brett S. Hawkinson by Phone
BRETT S. HAWKINSON
Task Force Officer, FBI

Subscribed and sworn to by telephone in accordance with the requirements of Fed. R. Crim. P. 4.1 on June __14__, 2023.

_____
HONORABLE JOLIE A. RUSSO
United States Magistrate Judge